UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOSE M. BARBECHO ZHIZHIN<br><br>*Petitioner,*<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General of the United States, MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement, and BRIAN FLANAGAN, Acting Deputy Field Office Director for ICE in New York City Area,[1]<br>*Respondents.* | Civil Action No.<br>26-CV-582 (Brown, J.)<br><br>**DECLARATION OF**<br>**JOSEPH GIANNI** |

Pursuant to 28 U.S.C. § 1746, I, Joseph Gianni, declare under penalty of perjury that the following is true and correct:

1.    I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since January 2025. As a Deportation Officer, I have access to DHS and ICE records relating to Petitioner Jose Barbecho Zhizhin ("Petitioner"), a citizen and national of Ecuador, who is assigned Alien Number 241-102-152, maintained in the ordinary course of business as a regular practice and prepared at or near the time by, or from information transmitted by, someone with knowledge. Additionally, I am familiar with procedures related to the processing, removal, detention, and

---

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Therefore, Acting United States Attorney General Todd Blanche has been substituted for Pamela Bondi and Secretary of Homeland Security Markwayne Mullin has been substituted for Kristi Noem.

parole of aliens. The following representations are based on my review of Petitioner's DHS and ICE records and in consultation with my colleagues.

2.    I submit this declaration in support of Respondents' Response to the Court's Order to Show Cause.

3.    On or about May 1, 2005, Petitioner was encountered near Huachuca City, Arizona by U.S. Customs and Border Patrol ("CBP"). ICE Records from that time identify Petitioner as a citizen and national of Mexico.  Petitioner voluntarily returned to Mexico.The Petitioner thereafter re-entered the United States unlawfully at an unknown date, time, and location.

4.    On February 18, 2018, Petitioner was arrested by the New York City Police Department in Queens, New York and charged with Forgery in the Third Degree, in violation of New York Penal Law Code ("N.Y.P.L.") § 170.05. ICE records to do not reflect the disposition of this case.

5.    On February 2, 2026, at approximately 11:45a.m., a team of agents from ICE encountered Petitioner near the vicinity of 189 Pearl Street, Westbury, New York. Officers approached Petitioner and asked if he was willing to speak with them. Petitioner consented to speak with them. During the conversation, Petitioner stated that he was a national and citizen of Ecuador and that he entered the United States by crossing the U.S./Mexico border without authorization approximately ten years ago. Although Petitioner did not have identification, he provided the officers with his name and date of birth. Record checks yielded no results about his immigration status and Petitioner affirmatively stated that he had no lawful status; thus officers determined that Petitioner was illegally present in the United States.

6.    A Form I-200, Warrant for Arrest of Alien (the "Form I-200") was executed. Pursuant to the Form I-200, ICE Officers informed Petitioner of his arrest, placed him under arrest,

and transported him to the ICE office at 100 Carman Avenue, East Meadow, New York for processing. Attached as Exhibit A is a true and correct copy of the Form I-200.

7. During processing, ICE provided Petitioner with the Form I-200; Form I-826, Notification of Rights and Request for Disposition; Consular Notification Form; Online Detainee Locator System Privacy Notice; and Form I-1815, Notice of Fee Assessment.

8. Petitioner was also served with a Form I-862, Notice to Appear ("NTA"), which directed Petitioner to appear before an immigration judge ("IJ"). The NTA charged Petitioner with being "an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General," pursuant to INA § 212(a)(6)(A)(i) (8 U.S.C. § 1182(a)(6)(A)(i)). The NTA directed Petitioner to appear before an IJ in New York, New York on February 12, 2026. Attached as Exhibit B is a true and correct copy of the NTA.

9. Later that same day, February 2, 2026, the NTA was filed with the Executive Office of Immigration Review ("EOIR"), placing Petitioner into removal proceedings.

10. On February 2, 2026, the Varick Immigration Court issued a hearing notice scheduling the initial master calendar hearing to February 6, 2026.

11. Also on February 2, 2026, Petitioner was transferred to the Nassau County ICE Intake facility at the Nassau County Correctional Center ("NCCC"). Later that same day, Petitioner was transferred to the NCCC.

12. Petitioner was detained pursuant to 8 U.S.C. § 1225(b)(2)(A).

13. On February 4, 2026, Petitioner was produced in person for a hearing conducted by this Court. The Court ordered Petitioner released on ten-thousand-dollar ($10,000) bond and set

conditions for his release (the "District Court Order").  On the same day, Petitioner was released pursuant to the District Court Order.

14.     On February 6, 2026, Petitioner appeared with counsel before the detained Varick Immigration Court. However, since the Petitioner was released, his case was adjourned in contemplation of transferring the case to the nondetained docket also located at the Varick Immigration Court.

15.     On February 9, 2026, the Immigration Court issued a hearing notice scheduling the next hearing date to May 20, 2026.

I hereby declare under the penalty of perjury that the above statements are true and correct.

Executed at New York, New York
this __Day of April, 2026.

JOSEPH A GIANNI

Digitally signed by JOSEPH A GIANNI
DN: cn=JOSEPH A GIANNI, o=U.S. Government, ou=People, email=unknown, c=US
Date: 2026-04-17T23:01:23-0400

Joseph Gianni
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

SIGN