**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**JOSE M. BARBECHO-ZHIZHIN**

Petitioner,

- against -

**PAM BONDI** *Attorney General of the*
*United States,* **KRISTI NOEM** *Secretary of*
*the Department of Homeland Security,*
**TODD M. LYONS** *Acting Director, United*
*States Immigration and Customs*
*Enforcement in their official capacities,*
**BRIAN FLANAGAN** *Acting Deputy Field*
*Office Director for ICE in New York City*
*Area, in their official capacities*

Respondents.

-------------------------------------------------------X

**JUDGMENT**
CV 26-582 (GRB)

An Order of the Honorable Gary R. Brown, United States District Judge, having been

filed on July 13, 2026; granting Petitioner's petition for a writ of habeas corpus 28 U.S.C. §

2241; discharging the bond; and directing the Clerk of Court to enter judgment and close the

case, it is

**ORDERED AND ADJUDGED** that Petitioner's petition for a writ of habeas corpus is

granted; discharging the bond; and that the case is closed.


Dated: July ___15___, 2026
    Central Islip, New York

Dated: July __15__, 2026
    Central Islip, New York

Approved by: ___/s/ Gary R. Brown___
            GARY R. BROWN
            United States District Judge

Approved by: _____
            BRENNA B. MAHONEY
            Clerk of Court